UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00427

———

**Matthew J. Kerns,**

*Plaintiff,*

v.

**Smith County, Texas, et al.,**

*Defendants.*

———

# FINAL JUDGMENT

The court, having rendered its decision by separate order, enters judgment that all claims in this matter are dismissed. Plaintiff's official capacity claims against defendants Jackson and Gunter are dismissed without prejudice for lack of jurisdiction; plaintiff's official capacity claims against defendants Delmas, Hahn, and Smith County and plaintiff's individual capacity claims against all defendants are dismissed with prejudice for failure to state a claim; and plaintiff's state law claims against defendants are dismissed without prejudice for lack of pendent jurisdiction. The clerk of court is directed to close this case.

*So ordered by the court on September 22, 2025.*

J. CAMPBELL BARKER
United States District Judge